JS-6

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   PERJAD SAIDIAN, an individual,      )   Case No.: 2:23-cv-9109-PA-JC
     and PERJAD CONSTRUCTION,            )
12   INC., a California Corporation,     )   **ORDER ON STIPULATION TO**
                                         )   **REMAND CASE TO STATE**
13              Plaintiffs,              )   **COURT**
                                         )
14   vs.                                 )   Judge: Hon. Percy Anderson
                                         )
15   MERCEDES-BENZ USA, LLC, a           )
     Delaware Limited Liability          )
16   Company, and DOES 1 through 10,     )
     inclusive,                          )
17                                       )
                Defendants.              )
18                                       )
                                         )
19   _____    )

          Per the stipulation of the Parties, the case is ordered remanded to the

20   Superior Court of the State of California for the County of Los Angeles.

21          IT IS SO ORDERED.

22

23          October 31, 2023                    _____
                                                Percy Anderson
24                                              United States District Judge

25
26
27
28

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**